USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-   21-CR-603 (VEC)

ORDER

SHANNON BROWN,
                Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 8, 2022, Pretrial Services reported that Mr. Brown has violated the conditions of his bail; and

    WHEREAS on April 18, 2022, the parties appeared for a bail modification hearing.

    IT IS HEREBY ORDERED that Mr. Brown must comply with the existing conditions of his bail, including reporting to his Pretrial Services officer as required, getting the permission of Pretrial Services prior to relocating, and engaging in mental health treatment.  If Mr. Brown fails to comply with the conditions of bail going forward, the Court will alter the terms of pretrial release to include home detention with GPS monitoring.

    IT IS FURTHER ORDERED that Pretrial Services must provide an update to the Court about Mr. Brown's compliance with the conditions of his bail by no later than **Friday, June 3, 2022**.  The update must include a report from the mental health provider about Mr. Brown's attendance and engagement with mental health treatment.  Additionally, the report must include a description of Mr. Brown's efforts, if any, to secure employment.

**SO ORDERED.**

Date:  April 19, 2022
          New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**