USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-                                                               21-CR-603 (VEC)

SHANNON BROWN,
                                       Defendant.

ORDER TO SHOW CAUSE

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 8, 2022, Pretrial Services reported that Mr. Brown had violated the conditions of his bail;

WHEREAS on April 18, 2022, the parties appeared for a bail modification hearing;

WHEREAS at the hearing, the Court informed Mr. Brown that if he failed to comply with the conditions of bail going forward, the Court would alter the terms of pretrial release to include home detention with GPS monitoring, Dkt. 219; and

WHEREAS on June 1, 2022, Pretrial Services reported that Mr. Brown is refusing to take his prescribed medication as directed and that he is not reporting to Pretrial Services on a weekly basis as instructed.

IT IS HEREBY ORDERED that Mr. Brown must show cause in writing, by no later than **Friday, June 10, 2022**, why home detention with GPS monitoring should not be added to the terms and conditions of his bail.

**SO ORDERED.**

**Date: June 2, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**