USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Shannon Brown          ,

        Defendant(s).
----------------------------------------------------------------X

CONSENT TO PROCEED BY
~~VIDEO~~ CONFERENCE

21 -CR- 603 (5)(VEC)

Defendant _____Shannon Brown_____ hereby voluntarily consents to participate in the following proceeding via teleconference:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_____[signature]_____   _____[signature]_____
Defendant's Signature                Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Shannon Brown**                    **Antonia Apps**
_____      _____
Print Defendant's Name               Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

07/07/2022                           _____[signature: Valerie Caproni]_____
_____              _____
Date                                 U.S. District Judge/U.S. Magistrate Judge