# Milbank

**ANTONIA M. APPS**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5357
aapps@milbank.com  |  milbank.com

August 22, 2022

**VIA EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Brown*, No. 21 Cr. 603 (VEC)

Dear Judge Caproni:

    On behalf of Shannon Brown, we write with respect to the Court's August 20, 2022 order concerning Mr. Brown's bail modification request. We have conferred with the government, and it does not object to Mr. Brown's request.

    Very truly yours,

    /s/ *Antonia M. Apps*
    Antonia M. Apps
    Matthew Laroche
    MILBANK LLP
    55 Hudson Yards
    New York, NY 10001-2163
    (212) 530-5000
    aapps@milbank.com
    mlaroche@milbank.com

    *Counsel for Shannon Brown*

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO