USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
         -against-                :    21-CR-603 (VEC)
:
:    <u>ORDER</u>
SHANNON BROWN,                           :
                     Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 14, 2022, the parties appeared for a change of plea hearing; and

    WHEREAS Mr. Brown entered a plea of guilty to the lesser included offense of conspiracy to commit healthcare fraud of Count 1 of the Superseding Indictment (S7), which was accepted by the Court.

    IT IS HEREBY ORDERED that Mr. Brown will be sentenced on **Thursday, April 6, 2023, at 10:00 A.M.** Pre-sentencing submissions are due no later than **March 23, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: December 14, 2022**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**