```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA

        -against-

SHANNON BROWN,

                   Defendant.

-------------------------------------------------------------- X

21-CR-603 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS the sentencing hearing in this matter is currently scheduled for April 6, 2023; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that Mr. Brown will be sentenced on **Wednesday, April 12, 2023, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **March 29, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: March 10, 2023**
       **New York, NY**

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**